ClientCaseID: HEFTMAN,JEFFRE
Law Firm ID: GOZDECKI



CaseReturnDate: 8/7/14

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

Case Number **14CV3041**

I, JONATHAN R. DIXON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; MOTION FOR ADMISSION PRO HAC VICE; MOTION FOR ADMISSION PRO HAC VICE; CORPORATE DISCLOSURE/STATEMENT OF INTEREST; MATERIALS THE CLERK OF COURT IS TO

ON THE WITHIN NAMED DEFENDANT GRIFFITH LABORATORIES, INC.

PERSON SERVED Felicia Randle, process specialist

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 7/11/14

Felicia Randle, process specialist served stated that she is authorized to accept on behalf of ct corporation system, and THAT I SERVED THE SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; MOTION FOR ADMISSION PRO HAC VICE; MOTION FOR ADMISSION PRO HAC VICE; CORPORATE DISCLOSURE/STATEMENT OF INTEREST; MATERIALS THE CLERK OF COURT IS TO PROVIDE TO PLAINTIFFS WHO FILE CIVIL CASES IN THE NORTHERN DRISTRICT OF IOWA ON OR AFTER 1/1/08.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

| | | | | | |
|---|---|---|---|---|---|
| Sex | Female | Race | BLACK | Age | 30s |
| Height | 5'8" | Build | THIN | Hair | BROWN |

LOCATION OF SERVICE  **208 S. LASALLE STREET SUITE 814 CHICAGO, IL, 60604**

Date Of Service  7/11/14       Time of Service  8:47 PM

JONATHAN R. DIXON         7/13/2014
Special Process Server
P.E.R.C.#129-316846

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

JONATHAN R DIXON         7/13/2014

Total: $55.00