UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., | CASE NO. 14-CV-3041-MWB |
| Plaintiff, | |
| vs. | |
| GRIFFITH LABORATORIES, INC., | UNOPPOSED MOTION FOR ADDITIONAL TIME TO ANSWER COMPLAINT |
| Defendant. | |

COMES NOW, the undersigned counsel, appearing on behalf of the Defendant, Griffith Laboratories, Inc. and requests an extension in which time to file an Answer or a responsive pleading.

In support of the motion, the undersigned counsel states as follows:

1. The undersigned is one of the attorneys who will be appearing on behalf of Griffith Laboratories, Inc., the Defendant.

2. The Defendant has been served and the answer date is August 4, 2014.

3. Defendant asks that the answer date be extended until August 29, 2014.

4. The undersigned counsel has conferred with Plaintiff's counsel and he consents to this motion.

WHEREFORE, Defendant prays for a granting of the motion for an extension of the date to file Answer or responsive pleading to August 29, 2014.

DATED this 1st day of August, 2014.

                                    Respectfully submitted,

                                    HEIDMAN LAW FIRM, L.L.P.

                By:      /s/ John C. Gray
                          JOHN C. GRAY, AT0002938
                          1128 Historic Fourth Street
                          P. O. Box 3086
                          Sioux City, IA 51102
                          Phone: 712-255-8838
                          Fax: 712-258-6714
                          John.Gray@Heidmanlaw.com

                          ATTORNEYS FOR DEFENDANT

## PROOF OF SERVICE

    The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage prepaid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e-mail over CM/ECF, on August 1, 2014.

                          /s/
                          John C. Gray

527384