UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., | )<br>) |
| Plaintiff, | )<br>) Case No. 2014 cv 03041 |
| GRIFFITH LABORATORIES, INC, | )<br>)<br>) |
| Defendant. | ) |

## LIGURIA FOODS, INC.'S
## ANSWER TO CERTAIN AFFIRMATIVE DEFENSES

Plaintiff Liguria Foods, Inc. ("Liguria"), by and through its undersigned counsel, and for its Answer to Griffith Laboratories, Inc.'s ("Griffith") Affirmative Defense Nos. 3, 4 and 6, states as follows.

### First Affirmative Defense

1.  Liguria has moved to strike Griffith's First Affirmative Defense, and therefore no answer is required.

### Second Affirmative Defense

2.  Liguria has moved to strike Griffith's Second Affirmative Defense, and therefore no answer is required.

### Third Affirmative Defense

3.  Liguria denies the allegations of Griffith's Third Affirmative Defense.

### Fourth Affirmative Defense

4.  Liguria denies the allegations of Griffith's Fourth Affirmative Defense.

### Fifth Affirmative Defense

5.  Liguria has moved to strike Griffith's Fifth Affirmative Defense, and therefore no answer is required.

### Sixth Affirmative Defense

6. Liguria denies the allegations of Griffith's Sixth Affirmative Defense.

### Seventh Affirmative Defense

7. Liguria has moved to strike Griffith's Seventh Affirmative Defense, and therefore no answer is required.

### Eighth Affirmative Defense

8. Liguria has moved to strike Griffith's Eighth Affirmative Defense, and therefore no answer is required.

### Ninth Affirmative Defense

9. Liguria has moved to strike Griffith's Ninth Affirmative Defense, and therefore no answer is required.

Date: September 19, 2014            Respectfully Submitted,

                                              LIGURIA FOODS, INC.

                                              By:   /s/ Jeffery M. Heftman
                                                      One of Its Attorneys

David L. Reinschmidt, Esq.
**MUNGER, REINSCHMIDT & DENNE, L.L.P.**
Suite 303, Terra Centre
600 4th Street
P.O. Box 912
Sioux City, Iowa 51102
Tel.: (712) 233-3635
Facsimile: (712) 233-3649

Rick A. Del Giudice, Esq.
Jeffery M. Heftman, Esq.
**GOZDECKI, DEL GIUDICE, AMERICUS,
FARKAS & BROCATO LLP**
One East Wacker Drive, Suite 1700
Chicago, IL 60601
Telephone: (312) 782-5010
Facsimile: (312) 782-4324

## CERTIFICATE OF SERVICE

I, Jeffery M. Heftman, an attorney, hereby state under oath that I caused a copy of **Liguria Foods, Inc.'s Answer to Certain Affirmative Defenses** to be filed and served electronically with the U.S. District Court, Northern District of Iowa e-filing system (CM/ECF). Notice of this filing will be sent to all counsel of record by operation of the e-filing system (CM/ECF).

/s/Jeffery M. Heftman