IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

LIGURIA FOODS, INC.,  )
         Plaintiff,  )
                      )      NO. 2014 cv3041 MWB
vs.  )
GRIFFITH LABORATORIES, INC.,  )      SCHEDULING ORDER AND
         Defendant.  )      DISCOVERY PLAN

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? __x__ yes _____ no
*If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:
2. Deadline for motions to add parties: November 28, 2014
3. Deadline for motions to amend pleadings: December 30, 2014
4. Expert witnesses disclosed by: a) Plaintiff: November 15, 2015
                                b) Defendant: January 30, 2016
                                c) Plaintiff Rebuttal: March 15, 2016
5. Deadline for *completion* of discovery: September 30, 2015 (Fact Discovery)/April 15, 2016 (Expert Discovery)
6. Dispositive motions deadline (*at least 120 days before Trial Ready Date*): May 15, 2016
7. Trial Ready Date (*at least 120 days after Dispositive Motions Date*): September 15, 2016
8. Has a jury demand been filed? __X__ yes _____ no
9. Estimated length of trial: __10-15__ days
10. Settlement conference (choose one of the following): (a) _____ A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or (b) __X__ A court-sponsored settlement conference is not necessary at this time.
11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)? _____ yes __X__ no
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?
                                _____ yes __X__ no

Rick. A. Del Guidice
Jeffery M. Heftman
Gozdecki, Del Giudice, Americus,
Farkas & Brocato, LLP
One East Wacker Dr., Suite 1700
Chicago, IL 60601
(312) 782-5010
r.delgiudice@gozdel.com

Chris Wilson
Perkins Coie
131 S. Dearborn, Suite 1700
Chicago, IL 60603
(312) 324-8400
cwilson@perkinscoie.com

j.heftman@gozdel.com

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

IT IS ORDERED that this proposed Scheduling Order and Discovery Plan __X__ is _____ is not approved and adopted by this court.

IT IS FURTHER ORDERED that a scheduling and planning conference:

__X__ will not be scheduled at this time.

_____ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, ___.m.

_____ will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock, ___.m.

DATED this __4__ day of __November, 2014__.

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

DATED this _____ day of _____.

UNITED STATES DISTRICT JUDGE