UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., | ) |
| Plaintiff, | ) Case No. 2014 CV 03041 |
| vs. | ) |
| GRIFFITH LABORATORIES, INC., | ) |
| Defendant. | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **Tuesday, July 27, 2015** we electronically filed with the U.S. District Court, Northern District of Iowa e-filing system (CM/ECF) **Liguria Foods, Inc.'s Reply in Support of Motion to Compel**, a copy of which will be sent to all counsel of record by operation of the e-filing system (CM/ECF).

Dated: July 27, 2015

Respectfully Submitted,

**LIGURIA FOODS, INC.**

By:   /s/ Jeffery M. Heftman
      One of Its Attorneys

David L. Reinschmidt, Esq.
**MUNGER, REINSCHMIDT & DENNE, L.L.P.**
Suite 303, Terra Centre
600 4th Street
P.O. Box 912
Sioux City, Iowa 51102
Tel.: (712) 233-3635/Facsimile: (712) 233-3649

Rick A. Del Giudice, Esq.
Jeffery M. Heftman, Esq.
**GOZDECKI, DEL GIUDICE, AMERICUS,
FARKAS & BROCATO LLP**
One East Wacker Drive, Suite 1700
Chicago, IL 60601
Telephone: (312) 782-5010/Facsimile: (312) 782-4324

# CERTIFICATE OF SERVICE

I, Jeffery M. Heftman, an attorney, hereby state under oath that on this 27th of July, 2015 I caused a copy of **Liguria Foods, Inc.'s Reply in Support of Motion to Compel** to be filed and served electronically with the U.S. District Court, Northern District of Iowa e-filing system (CM/ECF). Notice of this filing will be sent to all counsel of record by operation of the e-filing system (CM/ECF).

/s/Jeffery M. Heftman