UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., | ) |
| Plaintiff, | ) Case No. 4:14-CV-3041-MWB |
| vs. | ) |
| GRIFFITH LABORATORIES, INC., | ) **AFFIDAVIT OF** |
| | ) **RICHARD A. DEL GIUDICE** |
| Defendant. | ) |

I, Richard A. Del Giudice, counsel for Liguria Foods, Inc., upon my oath state as follows:

1. I have read the following article: Steve D. Susman and Thomas M. Melsheimer, Trial By Agreement: How Trial Lawyers Hold the Key to Improving Jury Trials in Civil Cases, 32 REV. LMG. 431 (2013). I shall make a good faith effort to apply basic principles of the article and the concepts contained in pretrial agreements made easy, found at http://trialbyagreement.com/pretrial-agreements/pretrial-aereements-made-easy/ to this case.

FURTHER AFFIANT SAYETH NOT.

_____
Richard A. Del Giudice

SUBSCRIBED AND SWORN to before me on this 5 day of October, 2015.

_____
Notary Public

OFFICIAL SEAL
SANDY GODINEZ
Notary Public - State of Illinois
My Commission Expires 08/26/2016