IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., <br><br> Plaintiff, <br> vs. <br><br> GRIFFITH LABORATORIES, INC. <br><br> Defendant. | No. C14-3041-MWB <br><br> ORDER REGARDING PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

_____

This case is before me on plaintiff Liguria Foods, Inc.'s Motion To Extend The Deadline To File Its Response To Defendant's Motion For Summary Judgment (docket no. 59). Liguria Foods represents that defendant does not resist its request for an extension. The motion is **granted**. Liguria Foods shall file its response to defendant's Motion for Summary Judgment on or before November 14, 2016.

**IT IS SO ORDERED**.

**DATED** this 19th day of October, 2016.

_Mark W. Bennett_
_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA