UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GRIFFITH LABORATORIES, INC., <br><br> Defendant. | Case No. 3:14-CV-03041-MWB |

### NOTICE OF FILING

TO: All Counsel of Record.

**PLEASE TAKE NOTICE** that on Monday, November 7, 2016, we electronically filed with the Clerk of the Court for the U.S. District Court, Northern District of Iowa by using the CM/ECF system, **DEFENDANT GRIFFITH LABORATORIES, INC.'S' RESPONSE TO PLAINTIFF LIGURIA FOODS, INC.'S MOTION TO SERVE SUPPLEMENTAL DISCOVERY REQUESTS**, a copy of which is hereby served upon all counsel using the Court's CM/ECF system.

Dated: November 7, 2016

Respectfully submitted:

**GRIFFITH LABORATORIES, INC.**

By: /s/ Christopher B. Wilson_____
    One of its Attorneys

Christopher B. Wilson
Randy A. Bridgeman
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
cwilson@perkinscoie.com
rbridgeman@perkinscoie.com

John C. Gray (AT0002938)
Heidman Law Firm, LLP
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102-0386
Telephone: (712) 255-8838
Facsimile: (712) 258-6714
John.gray@heidmanlaw.com

# CERTIFICATE OF SERVICE

I, Christopher B. Wilson, an attorney, certify that on November 7, 2016, I caused a copy of **DEFENDANT GRIFFITH LABORATORIES, INC.'S' RESPONSE TO PLAINTIFF LIGURIA FOODS, INC.'S MOTION TO SERVE SUPPLEMENTAL DISCOVERY REQUESTS** to be filed and served electronically with the Clerk of the Court for the U.S. District Court, Northern District of Iowa by using the Court's CM/ECF system. Notice of this filing will be sent to the following counsel of record using the CM/ECF system:

David J. Ben-Dov
Jeffery M. Heftman
Rick A. Del Giudice
Gozdecki, Del Giudice, Americus, Farkas
  & Brocato LLP
One East Wacker Drive, Suite 1700
Chicago, IL 60601
d.bendov@gozdel.com
J.Heftman@gozdel.com
R.Delgiudice@gozdel.com

David L. Reinschmidt
Jay E. Denne
Munger, Reinschmidt & Denne, LLP
Suite 303, Ho-Chunk Centre
600 4th Street
P.O. Box 912
Sioux City, Iowa 51102
dreinschmidt@mrdlaw.net
jaydenne@mrdlaw.net

/s/ Christopher B. Wilson
Christopher B. Wilson