# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOORS, INC.,<br><br>   Plaintiff,<br>vs.<br>GRIFFITH LABORATORIES, INC.,<br><br>   Defendant. | No. C14-3041-MWB<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF** |

_____

This case is before me on plaintiff Liguria Floors, Inc.'s Motion For Leave To File Brief In Excess Of Page Limitation (docket no. 68). Liguria Floors represents in its motion that defendant does not resist its request to file an overlength brief. Liguria Floors' motion is granted.

**IT IS SO ORDERED**.

**DATED** this 9th day of November, 2016.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA