# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., <br><br> Plaintiff, <br> vs. <br><br> GRIFFITH LABORATORIES, INC. <br><br> Defendant. | No. C14-3041-MWB <br><br> **ORDER REGARDING DEFENDANT'S MOTION TO EXTEND TIME TO FILE REPLY** |

_____

This case is before me on defendant Griffith Laboratories, Inc.'s Motion To Extend The Deadline To Reply To Plaintiff's Resistance of Defendant's Motion For Summary Judgment (docket no. 78). Defendant Griffith Laboratories, Inc represents that plaintiff does not resist its request for an extension. Defendant Griffith Laboratories, Inc.'s motion is granted and it shall file its reply to Plaintiff's Resistance of Defendant's Motion For Summary Judgment on or before December 2, 2016.

**IT IS SO ORDERED**.

**DATED** this 23rd day of November, 2016.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA