IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOORS, INC., <br><br> Plaintiff, <br> vs. <br><br> GRIFFITH LABORATORIES, INC., <br><br> Defendant. | No. C14-3041-MWB <br><br> ORDER REGARDING DEFENDANT'S MOTION TO FILE OVERLENGTH BRIEF |

_____

This case is before me on defendant Griffith Laboratories, Inc.'s Motion For Leave To File Brief In Excess Of Page Limitation (docket no. 81). Griffith Laboratories represents in its motion that plaintiff does not resist its request to file an overlength brief. Griffith Laboratories, Inc.'s motion is granted.

**IT IS SO ORDERED**.

**DATED** this 19th day of December, 2016.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA