**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

LIGURIA FOODS, INC.,

               Plaintiff,

vs.

GRIFFITH LABORATORIES, INC.

               Defendant.

No. C14-3041-MWB

**ORDER REGARDING PLAINTIFF'S
MOTION FOR LEAVE TO FILE
SUR-REPLY**

_____

       This case is before me on plaintiff Liguria Foods, Inc.'s Motion For Leave to File Sur-Reply In Support Of Its Resistance To Defendant's Motion For Summary Judgment (docket no. 89). Liguria represents that defendant Griffith Laboratories, Inc., does resist its request. Griffith, however, has not filed a resistance to the motion. Liguria's motion is **granted**. Liguria has leave to file its sur-reply documents.

       **IT IS SO ORDERED**.

       **DATED** this 10th day of January, 2017.

*Mark W. Bennett*
_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA