IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GRIFFITH LABORATORIES, INC., <br><br> Defendant. | No. C14-3041-MWB <br><br> **ORDER SETTING DEADLINE AND ORAL ARGUMENTS ON DEFENDANT'S MOTION FOR SANCTIONS** |

_____

This matter comes before the court pursuant to defendant's Emergency Motion to Address Possible Discovery Abuses ("Motion for Sanctions") (docket no. 104) filed January 12, 2017. The plaintiff has to and including **Wednesday, January 18, 2017, at 5:00 p.m.,** in which to file its response. This deadline has been shortened from the previous deadline orally communicated to counsel by Magistrate Judge Williams. A hearing on defendant's Motion for Sanctions is scheduled for **Monday, January 23, 2017, at 9:00 a.m., in the third floor courtroom in Sioux City, Iowa, with the undersigned presiding.**

**IT IS SO ORDERED.**

**DATED** this 13th day of January, 2017.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA