# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., <br><br> Plaintiff, <br> vs. <br><br> GRIFFITH LABORATORIES, INC., <br><br> Defendant. | No. C14-3041-MWB <br><br> **ORDER SETTING EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO ADDRESS POSSIBLE DISCOVERY ABUSES** |

_____

**An evidentiary hearing** on defendant Griffith's January 12, 2017, Motion To Address Possible Discovery Abuses (docket no. 104) **is scheduled for 9:00 a.m. on March 7, 2017,** at the Federal Courthouse in Sioux City, Iowa. The court has set aside an entire day for this evidentiary hearing.

**IT IS SO ORDERED**.

**DATED** this 23rd day of January, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA