# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

LIGURIA FOODS, INC.,

    Plaintiff,

vs.

GRIFFITH LABORATORIES, INC.,

    Defendant.

No. C 14-3041-MWB

**SUPPLEMENTAL ORDER REGARDING HEARING ON MARCH 7, 2017**

_____

Prior to the March 7, 2017, hearing on the Order To Show Cause and Griffith's January 12, 2017, Motion To Address Possible Discovery Abuses (docket no. 104), each party **shall submit the following**, by email to jennifer_gill@iand.uscourts.gov and roger_mastalir@iand.uscourts.gov, or by physical delivery:

1. A Witness List, indicating whether each witness is appearing live or telephonically;

2. An Exhibit List; and

3. Two bound and tabbed sets of that party's Exhibits.

It would be helpful if the sets of Exhibits could be provided by Monday, March 6, 2017, but it will be acceptable for the parties to hand deliver the sets of Exhibits to chambers prior to the hearing on Tuesday, March 7, 2017.

**IT IS SO ORDERED**.

**DATED** this 1st day of March, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA