# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:14-CV-3041-MWB |
| ) | |
| GRIFFITH LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

## LIGURIA FOODS, INC.'S EXHIBIT LIST FOR HEARING ON MARCH 7, 2017

Plaintiff, Liguria Foods, Inc. ("Liguria"), by its undersigned counsel, in accordance with the Court's Order of March 8, 2017, files its Exhibits 1 through 25, as identified below, which have previously been served upon Defendant, Griffith Laboratories, Inc., and supplied to the Court, in accordance with the Court's Supplemental Order of March 1, 2017, in advance of the hearing held by the Court on March 7, 2017:

| Ex. No. | Plaintiff's Exhibits |
|---|---|
| 1 | Expert Opinion Report of Andrew L. Milkowski, Ph.D. – July 14, 2016 |
| 2 | Rebuttal Opinion Reports of Andrew L. Milkowski, Ph.D. – December 28, 2016 |
| 3 | Supplemental Opinion Report of Andrew L. Milkowski, Ph.D. – February 6, 2017 |
| 4 | Expert Opinion Report of Joseph G. Sebranek, Ph.D. – November 29, 2016 |
| 5 | Statement of Joseph G. Sebranek, Ph.D. – February 4, 2017 |
| 6 | Liguria Raw Material Data – LIGURIA/GRIFF 001644 – 001675 |
| 7 | Watts, Betty; *Oxidative Rancidity and Discoloration in Meat*; 1954 |
| 8 | *Method of Protecting Dry Sausage Against Discoloration and Rancidity*; U.S. Patent No. 2,901,354; Patented August 25, 1959 |

| | |
|---|---|
| 9 | Analysis of BHA and BHT Data – January – August 2013<br>(LIGURIA/GRIFF 006086 – 6097) |
| 10 | Analysis of Griffith Process Variations – February – August 2013<br>(LIGURIA/GRIFF 006079) |
| 11 | Liguria Daily Production Sheets (9/7/2012; 9/8/2012; 9/10/2012; 9/11/2012)<br>(LIGURIA/GRIFF 018541; 018543; 018548; 018550; 018562; 018569) |
| 12 | Memorandum of K. Adams, dated March 11, 2013, to K. Holt, D. Portz, L. Windecker; L. Lathrop; G. Neill; and S. Shah (GLAB 001384 – 1390) |
| 13 | Email Communications between K. Adams/Griffith Personnel & K. Adams/J. Whitham, dated March 27, 2013, attaching Liguria Root Cause Investigation<br>(GLAB 001299 – 001304) |
| 14 | Affidavit of Jehan Saulnier, dated November 12, 2016 |
| 15 | Supplemental Affidavit of Jehan Saulnier, dated January 16, 2017 |
| 16 | ABC Research Laboratories – Analytical Data (2012-13)<br>(LIGURIA/GRIFF 025042 – 025062) |
| 17 | NSF International – Food Safety, Quality and Food Defense Audit, July 2012<br>(LIGURIA/GRIFF 024757 – 024766) |
| 18 | SQF Audit, December 2013<br>(LIGURIA/GRIFF 025889 – 025951) |
| 19 | Liguria Internal Control Procedures – Rework Control (Feb. 2013)<br>(LIGURIA/GRIFF 004051 – 4052) |
| 20 | Liguria Internal Control Procedures<br>(LIGURIA/GRIFF 004049-50, 4029-30, 4033-34, 4041-43, 4038-39, 4057-61, 4065-68, 4069-74, 3971-79) |
| 21 | Affidavit of Stanley J. Seavey |
| 22 | Griffith Website Documents – http://www.griffithfoods.com |
| 23 | USDA Comprehensive Food Safety Assessment of Liguria - January, 2012<br>(LIGURIA/GRIFF 026840 – 026891) |
| 24 | Liguria's Response to Griffith's Third Set of Requests for Production: Stanley J. Seavey – File (SEAVEY 000001 – 47) |

| 25 | Liguria's Response to Griffith's Third Set of Requests for Production: LIGURIA/GRIFF 026673 – 026839 |
|---|---|

Date: March 10, 2017                    Respectfully submitted,

**LIGURIA FOODS, INC.**

By:  /s/ David J. Ben-Dov
     One of Its Attorneys


Richard A. Del Giudice
Jeffery M. Heftman
David J. Ben-Dov
**GOZDECKI, DEL GIUDICE, AMERICUS,
 FARKAS & BROCATO LLP**
One East Wacker Drive, Suite 1700
Chicago, IL  60601
Tel:  (312) 782-5010 / Facsimile: (312) 782-4324

David L. Reinschmidt
Jay E. Denne
**MUNGER, REINSCHMIDT & DENNE, L.L.P.**
Suite 303, Terra Centre
600 4th Street
P.O. Box 912
Sioux City, Iowa  51102
Tel.: (712) 233-3635
Facsimile: (712) 233-3649

3