# PLAINTIFF'S EXHIBIT NO. 9 (03.07.17 HEARING)

Griffith Spice CoA's for Optimized Pepperoni Spice
January-August 2013

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MONTH: | | BHA | BHT | SALT | BHA-Av | BHT-Av | SALT-Av | BHA-Std | BHT-Std | SALT-Std | BHA-% | BHT-% | SALT-% |
| 2 | Jan-13 | 1 | | | 18.960 | | | | | | | | | |
| 3 | Jan-13 | 2 | | | 18.400 | | | | | | | | | |
| 4 | Jan-13 | 3 | | | 18.080 | | | | | | | | | |
| 5 | Jan-13 | 4 | | | 18.270 | | | | | | | | | |
| 6 | Jan-13 | 5 | | | 18.120 | | | 18.366 | | | 0.355 | | | 1.9% |
| 7 | Jan-13 | 6 | | | 18.230 | | | 18.220 | | | 0.127 | | | 0.7% |
| 8 | Jan-13 | 7 | | | 18.640 | | | 18.268 | | | 0.222 | | | 1.2% |
| 9 | Jan-13 | 8 | | | 17.280 | | | 18.108 | | | 0.502 | | | 2.8% |
| 10 | Jan-13 | 9 | | | 18.600 | | | 18.174 | | | 0.549 | | | 3.0% |
| 11 | Jan-13 | 10 | | | 16.710 | | | 17.892 | | | 0.858 | | | 4.8% |
| 12 | Jan-13 | 11 | | | 17.110 | | | 17.668 | | | 0.893 | | | 5.1% |
| 13 | Jan-13 | 12 | | | 18.440 | | | 17.628 | | | 0.842 | | | 4.8% |
| 14 | Jan-13 | 13 | | | 17.480 | | | 17.668 | | | 0.826 | | | 4.7% |
| 15 | Feb-13 | 14 | | | 18.060 | | | 17.560 | | | 0.699 | | | 4.0% |
| 16 | Feb-13 | 15 | | | 18.900 | | | 17.998 | | | 0.719 | | | 4.0% |
| 17 | Feb-13 | 16 | | | 18.640 | | | 18.304 | | | 0.553 | | | 3.0% |
| 18 | Feb-13 | 17 | | | 17.190 | | | 18.054 | | | 0.731 | | | 4.0% |
| 19 | Feb-13 | 18 | | | 17.390 | | | 18.036 | | | 0.749 | | | 4.2% |
| 20 | Feb-13 | 19 | | | 18.110 | | | 18.046 | | | 0.750 | | | 4.2% |
| 21 | Feb-13 | 20 | | | 18.630 | | | 17.992 | | | 0.679 | | | 3.8% |
| 22 | Feb-13 | 21 | | | 17.600 | | | 17.784 | | | 0.584 | | | 3.3% |
| 23 | 2/18/2013 | 22 | 0.140 | 0.140 | 17.180 | 0.140 | 0.140 | 17.782 | | | 0.586 | | | 3.3% |
| 24 | 2/18/2013 | 23 | 0.120 | 0.110 | 17.920 | 0.130 | 0.125 | 17.888 | 0.014 | 0.021 | 0.544 | 10.9% | 17.0% | 3.0% |
| 25 | 2/18/2013 | 24 | 0.130 | 0.160 | 18.060 | 0.130 | 0.137 | 17.878 | 0.010 | 0.025 | 0.540 | 7.7% | 18.4% | 3.0% |
| 26 | 2/18/2013 | 25 | 0.120 | 0.130 | 18.110 | 0.128 | 0.135 | 17.774 | 0.010 | 0.021 | 0.387 | 7.5% | 15.4% | 2.2% |
| 27 | 2/18/2013 | 26 | 0.160 | 0.160 | 18.680 | 0.134 | 0.140 | 17.990 | 0.017 | 0.021 | 0.538 | 12.5% | 15.2% | 3.0% |
| 28 | 2/18/2013 | 27 | 0.110 | 0.110 | 18.320 | 0.128 | 0.134 | 18.218 | 0.019 | 0.025 | 0.295 | 15.0% | 18.7% | 1.6% |
| 29 | 2/18/2013 | 28 | 0.140 | 0.140 | 17.180 | 0.132 | 0.140 | 18.070 | 0.019 | 0.021 | 0.554 | 14.6% | 15.2% | 3.1% |
| 30 | 2/18/2013 | 29 | 0.120 | 0.110 | 17.920 | 0.130 | 0.130 | 18.042 | 0.020 | 0.021 | 0.558 | 15.4% | 16.3% | 3.1% |
| 31 | 2/18/2013 | 30 | 0.130 | 0.160 | 18.060 | 0.132 | 0.136 | 18.032 | 0.019 | 0.025 | 0.557 | 14.6% | 18.5% | 3.1% |
| 32 | 2/18/2013 | 31 | 0.120 | 0.130 | 18.110 | 0.124 | 0.130 | 17.918 | 0.011 | 0.021 | 0.437 | 9.2% | 16.3% | 2.4% |
| 33 | 2/18/2013 | 32 | 0.160 | 0.160 | 18.650 | 0.134 | 0.140 | 17.984 | 0.017 | 0.021 | 0.528 | 12.5% | 15.2% | 2.9% |
| 34 | 2/18/2013 | 33 | 0.110 | 0.100 | 18.320 | 0.128 | 0.132 | 18.212 | 0.019 | 0.028 | 0.284 | 15.0% | 21.0% | 1.6% |
| 35 | Apr-13 | 34 | 0.130 | 0.100 | 18.590 | 0.130 | 0.130 | 18.346 | 0.019 | 0.030 | 0.269 | 14.4% | 23.1% | 1.5% |
| 36 | Apr-13 | 35 | 0.130 | 0.100 | 18.360 | 0.130 | 0.118 | 18.406 | 0.019 | 0.027 | 0.218 | 14.4% | 22.7% | 1.2% |
| 37 | Apr-13 | 36 | 0.110 | 0.140 | 18.460 | 0.128 | 0.120 | 18.476 | 0.020 | 0.028 | 0.143 | 16.0% | 23.6% | 0.8% |
| 38 | May-13 | 37 | 0.130 | 0.120 | 19.600 | 0.122 | 0.112 | 18.666 | 0.011 | 0.018 | 0.532 | 9.0% | 16.0% | 2.9% |
| 39 | May-13 | 38 | 0.120 | 0.120 | 17.710 | 0.124 | 0.116 | 18.544 | 0.009 | 0.017 | 0.681 | 7.2% | 14.4% | 3.7% |
| 40 | May-13 | 39 | 0.120 | 0.120 | 19.110 | 0.122 | 0.120 | 18.648 | 0.008 | 0.014 | 0.728 | 6.9% | 11.8% | 3.9% |
| 41 | May-13 | 40 | 0.130 | 0.140 | 18.240 | 0.122 | 0.128 | 18.624 | 0.008 | 0.011 | 0.741 | 6.9% | 8.6% | 4.0% |
| 42 | Jun-13 | 41 | 0.120 | 0.100 | 17.830 | 0.124 | 0.120 | 18.498 | 0.005 | 0.014 | 0.825 | 4.4% | 11.8% | 4.5% |
| 43 | Jun-13 | 42 | 0.100 | 0.120 | 18.600 | 0.118 | 0.120 | 18.298 | 0.011 | 0.014 | 0.574 | 9.3% | 11.8% | 3.1% |
| 44 | Jun-13 | 43 | 0.120 | 0.100 | 19.490 | 0.118 | 0.116 | 18.654 | 0.011 | 0.017 | 0.663 | 9.3% | 14.4% | 3.6% |
| 45 | Jun-13 | 44 | 0.120 | 0.100 | 18.530 | 0.118 | 0.112 | 18.538 | 0.011 | 0.018 | 0.612 | 9.3% | 16.0% | 3.3% |

LIGURIA/GRIFF 006086
CONFIDENTIAL

| | O |
|---|---|
| 1 | RANGE |
| 2 | 16.51-20.17 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | Salt Target Changed to 16.38-20.02 |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |

LIGURIA/GRIFF 006087
CONFIDENTIAL

Griffith Spice CoA's for Optimized Pepperoni Spice
January-August 2013

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Jun-13 | 45 | 0.100 | 0.120 | 18.310 | 0.112 | 0.108 | 18.552 | 0.011 | 0.011 | 0.605 | 9.8% | 10.1% | 3.3% |
| 47 | Jul-13 | 46 | 0.120 | 0.100 | 19.690 | 0.112 | 0.108 | 18.924 | 0.011 | 0.011 | 0.621 | 9.8% | 10.1% | 3.3% |
| 48 | Jul-13 | 47 | 0.100 | 0.100 | 18.140 | 0.112 | 0.104 | 18.832 | 0.011 | 0.009 | 0.709 | 9.8% | 8.6% | 3.8% |
| 49 | Jul-13 | 48 | 0.120 | 0.100 | 18.080 | 0.112 | 0.104 | 18.550 | 0.011 | 0.009 | 0.661 | 9.8% | 8.6% | 3.6% |
| 50 | Jul-13 | 49 | 0.100 | 0.120 | 18.360 | 0.108 | 0.108 | 18.516 | 0.011 | 0.011 | 0.666 | 10.1% | 10.1% | 3.6% |
| 51 | Jul-13 | 50 | 0.110 | 0.100 | 18.380 | 0.110 | 0.104 | 18.530 | 0.010 | 0.009 | 0.662 | 9.1% | 8.6% | 3.6% |
| 52 | Jul-13 | 51 | 0.120 | 0.100 | 19.620 | 0.110 | 0.104 | 18.516 | 0.010 | 0.009 | 0.631 | 9.1% | 8.6% | 3.4% |
| 53 | Jul-13 | 52 | 0.100 | 0.120 | 18.750 | 0.110 | 0.108 | 18.638 | 0.010 | 0.011 | 0.598 | 9.1% | 10.1% | 3.2% |
| 54 | Aug-13 | 53 | 0.120 | 0.120 | 19.460 | 0.110 | 0.112 | 18.914 | 0.010 | 0.011 | 0.595 | 9.1% | 9.8% | 3.1% |
| 55 | Aug-13 | 54 | 0.120 | 0.120 | 18.230 | 0.114 | 0.112 | 18.888 | 0.009 | 0.011 | 0.627 | 7.8% | 9.8% | 3.3% |
| 56 | Aug-13 | 55 | 0.120 | 0.100 | 18.590 | 0.116 | 0.112 | 18.930 | 0.009 | 0.011 | 0.591 | 7.7% | 9.8% | 3.1% |
| 57 | Aug-13 | 56 | 0.120 | 0.120 | 18.390 | 0.116 | 0.116 | 18.684 | 0.009 | 0.009 | 0.476 | 7.7% | 7.7% | 2.5% |
| 58 | Aug-13 | 57 | 0.100 | 0.120 | 18.740 | 0.116 | 0.116 | 18.682 | 0.009 | 0.009 | 0.476 | 7.7% | 7.7% | 2.5% |
| 59 | Aug-13 | 58 | 0.110 | 0.100 | 19.000 | 0.114 | 0.112 | 18.590 | 0.009 | 0.011 | 0.300 | 7.8% | 9.8% | 1.6% |
| 60 | Aug-13 | 59 | 0.100 | 0.100 | 19.010 | 0.110 | 0.108 | 18.746 | 0.010 | 0.011 | 0.267 | 9.1% | 10.1% | 1.4% |
| 61 | Aug-13 | 60 | 0.110 | 0.100 | 19.830 | 0.108 | 0.108 | 18.994 | 0.008 | 0.011 | 0.531 | 7.7% | 10.1% | 2.8% |
| 62 | Aug-13 | 61 | 0.100 | 0.100 | 19.190 | 0.104 | 0.104 | 19.154 | 0.005 | 0.009 | 0.411 | 5.3% | 8.6% | 2.1% |
| 63 | Aug-13 | 62 | 0.100 | 0.100 | 18.220 | 0.104 | 0.100 | 19.050 | 0.005 | - | 0.575 | 5.3% | 0.0% | 3.0% |
| 64 | Aug-13 | 63 | 0.100 | 0.100 | 19.970 | 0.102 | 0.100 | 19.244 | 0.004 | - | 0.703 | 4.4% | 0.0% | 3.7% |
| 65 | Aug-13 | 64 | 0.110 | 0.100 | 18.830 | 0.104 | 0.100 | 19.208 | 0.005 | - | 0.722 | 5.3% | 0.0% | 3.8% |
| 66 | Aug-13 | 65 | 0.120 | 0.120 | 17.150 | 0.106 | 0.104 | 18.672 | 0.009 | 0.009 | 1.061 | 8.4% | 8.6% | 5.7% |
| 67 | Aug-13 | 66 | 0.120 | 0.120 | 18.280 | 0.110 | 0.108 | 18.490 | 0.010 | 0.011 | 1.027 | 9.1% | 10.1% | 5.6% |
| 68 | Aug-13 | 67 | 0.120 | 0.100 | 18.370 | 0.114 | 0.108 | 18.520 | 0.009 | 0.011 | 1.019 | 7.8% | 10.1% | 5.5% |
| 69 | Aug-13 | 68 | 0.100 | 0.100 | 17.390 | 0.114 | 0.108 | 18.004 | 0.009 | 0.011 | 0.707 | 7.8% | 10.1% | 3.9% |
| 70 | Aug-13 | 69 | 0.100 | 0.100 | 18.120 | 0.112 | 0.108 | 17.862 | 0.011 | 0.011 | 0.554 | 9.8% | 10.1% | 3.1% |
| 71 | | | | | | | | | | | | | | |
| 72 | FEBRUARY - APRIL 2013 | | BHA | BHT | SALT | | | | | | | | | |
| 73 | | MIN | 0.1100 | 0.1000 | 17.1800 | | | | | | | | | |
| 74 | | % Variance to Average | 14.51% | 23.08% | 5.23% | | | | | | | | | |
| 75 | | MAX | 0.1600 | 0.1600 | 18.6800 | | | | | | | | | |
| 76 | | % Variance to Average | 24.35% | 23.08% | 3.05% | | | | | | | | | |
| 77 | | AVG | 0.1287 | 0.1300 | 18.1280 | | | | | | | | | |
| 78 | | STDEV | 0.0160 | 0.0236 | 0.4569 | | | | | | | | | |
| 79 | | | 12.42% | 18.16% | 2.52% | | | | | | | | | |
| 80 | | | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | | |
| 83 | JULY - AUGUST 2013 | | BHA | BHT | SALT | | | | | | | | | |
| 84 | | MIN | 0.1000 | 0.1000 | 17.1500 | | | | | | | | | |
| 85 | | % Variance to Average | 9.09% | 6.25% | 8.08% | | | | | | | | | |
| 86 | | MAX | 0.1200 | 0.1200 | 19.9700 | | | | | | | | | |
| 87 | | % Variance to Average | 9.09% | 12.50% | 7.03% | | | | | | | | | |
| 88 | | AVG | 0.1100 | 0.1067 | 18.6579 | | | | | | | | | |
| 89 | | STDEV | 0.0093 | 0.0096 | 0.7197 | | | | | | | | | |
| 90 | | | 8.48% | 9.03% | 3.86% | | | | | | | | | |

LIGURIA/GRIFF 006088
CONFIDENTIAL


A B C D E F G H I J K L M N O P Q R S
Salt
20.000
19.500
19.000
18.500
18.000
17.500
17.000
16.500
16.000
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69
SALT
BHA - BHT
0.170
0.160
0.150
0.140
0.130
0.120
0.110
0.100
0.090
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69
BHA
BHT
Rolling 5 Average: Salt
19.500
19.000
18.500



Rolling 5 Average: BHA-BHT
SALT-Av
BHA-Av
BHT-Av


Rolling 5 Std Dev: Salt
1.200
1.100
1.000
0.900
0.800
0.700
0.600
0.500
0.400
0.300
0.200
0.100
-
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69
SALT-Std

Rolling 5 Std Dev: BHA-BHT
0.035
0.030
0.025
0.020
0.015
0.010
0.005
-
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69
BHA-Std
BHT-Std

Rolling 5: Std as % of Avg
25.0%
24.0%
23.0%
22.0%
21.0%
20.0%
19.0%
18.0%
17.0%


LIGURIA/GRIFF 006092
CONFIDENTIAL

| Item | Description | Pre Mix Spice Amount | Culture & Water (Avg): | Salt: | Cure: | Total Added Ingred. | Meat | Total Blend |
|---|---|---|---|---|---|---|---|---|
| 17-2112-00 | Optimized Pepperoni Seasoning | 65.630 | 4.628 | 60.00 | 14.00 | 144.26 | 2,450.00 | 2,594.26 |
| | BHA or BHT % | 0.1395% | Concentration | | | | PPM on Meat | |
| | Rosemary (Lbs) - Booster Pack | 0.6 | 20% | | | | 48.98 | |
| | | | | | | | | |
| 17-2368-00 | Optimized Pepperoni Seasoning plus OR Rosemary | 66.150 | 4.628 | 60.00 | 14.00 | 144.78 | 2,450.00 | 2,594.78 |
| | BHA or BHT % | 0.1370% | Concentration | | | | PPM on Meat | |
| | Rosemary (Lbs) - In PreMix | 0.61 | 20% | | | | 49.80 | |
| | | | | | | | | |
| 17-2076-00 | FH Pepperoni Seasoning | 74.970 | 4.628 | 60.00 | 14.00 | 153.60 | 2,450.00 | 2,603.60 |
| | BHA or BHT % | 0.1209% | | | | | | |
| | | | | | | | | |
| 17-2202-00 | Pepperoni Seasoning with Dextrose | 74.970 | 4.628 | 60.00 | 14.00 | 153.60 | 2,450.00 | 2,603.60 |
| | BHA or BHT % | 0.1236% | | | | | | |
| | | | | | | | | |
| 12-6171-01 | Hard Salami Seasoning | 53.047 | 4.628 | 50.00 | 14.00 | 121.68 | 2,450.00 | 2,571.68 |
| | BHA or BHT % | 0.1319% | | | | | | |
| | | | | | | | | |
| 17-0498-02 | Prima Genoa Salami Seasoning | 54.600 | 4.628 | 50.00 | 14.00 | 123.23 | 2,450.00 | 2,573.23 |
| | BHA or BHT % | 0.1266% | | | | | | |
| | | | | | | | | |
| 17-1992-00 | Italian Style Hard Salami Seasoning | 59.170 | 4.628 | 50.00 | 14.00 | 127.80 | 2,450.00 | 2,577.80 |
| | BHA or BHT % | 0.1201% | | | | | | |
| | | | | | | | | |
| 17-2047-00 | Beef Pepperoni Seasoning | 46.856 | 4.628 | 60.00 | 14.00 | 125.48 | 2,450.00 | 2,575.48 |
| | BHA or BHT % | 0.1543% | | | | | | |

| Item | Description | Individual Contribution in our finished product for | Updated Spec | |
|---|---|---|---|---|
| | | | Min | Max |
| 12617101 | Hard Salami Seasoning | 0.1319 | 0.12 | 0.14 |
| 17049802 | Prima Genoa Salami Seasoning | 0.1266 | 0.11 | 0.13 |
| 17199200 | Italian Style Hard Salami Seasoning | 0.1201 | 0.1 | 0.12 |
| 17204700 | Beef Pepperoni Seasoning | 0.1543 | 0.13 | 0.16 |
| 17207600 | FH Pepperoni Seasoning | 0.1209 | 0.1 | 0.12 |
| 17211200 | Optimized Pepperoni Seasoning | 0.1395 | 0.12 | 0.14 |
| 17220200 | Pepperoni Seasoning with Dextrose | 0.1236 | 0.1 | 0.12 |

LIGURIA/GRIFF 006093
CONFIDENTIAL

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 1 | BHA or BHT Lbs | PPM | | Spice Cost | Spice Dollars | Spice Cost / Blend | Spice / Lb Yielded |
| 2 | 0.09155 | 35.29 | | $ 1.48 | $ 96.98 | $ 0.0374 | $ 0.0566 |
| 3 | Lbs of Carnosic | | | | | | |
| 4 | 0.12000 | 46.26 | | | | | |
| 5 | | | | | | | |
| 6 | 0.09063 | 34.93 | | $ 1.99 | $ 131.64 | $ 0.0507 | $ 0.0769 |
| 7 | Lbs of Carnosic | | | | | | $ 0.0202 |
| 8 | 0.12200 | 47.02 | | | | | |
| 9 | | | | | | | |
| 10 | 0.09064 | 34.81 | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | 0.09266 | 35.59 | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | 0.06997 | 27.21 | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | 0.06912 | 26.86 | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | 0.07106 | 27.57 | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | 0.07230 | 28.07 | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |

LIGURIA/GRIFF 006094
CONFIDENTIAL

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 40 |  | 17236800 | Optimized Pepperoni Seasoning plus OR Rosemary | 0.137 | 0.12 | 0.14 |  |  |  |

LIGURIA/GRIFF 006095
CONFIDENTIAL



| | BHA | | | | | BHT | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Max | Min | Avg | | | Max | Min | Avg |
| | Griffith CoA | 0.1600 | 0.1100 | 0.1286 | | Griffith CoA | 0.1600 | 0.1000 | 0.1293 |
| | ABC Labs | 0.1413 | 0.0987 | 0.1200 | | ABC Labs | 0.1029 | 0.0811 | 0.0922 |
| | Actual | 0.1395 | 0.1395 | 0.1395 | | Actual | 0.1395 | 0.1395 | 0.1395 |

LIGURIA/GRIFF 006096
CONFIDENTIAL

|   | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 |   |   | 0.0800 |   |   |   |   | 0.0800 |   |   |   |   |   |
| 47 |   |   | Griffith CoA | ABC Labs | Actual |   |   | Griffith CoA | ABC Labs | Actual |   |   |   |
| 48 |   |   |   |   |   |   |   |   |   |   |   |   |   |
| 49 |   |   |   |   |   |   |   |   |   |   |   |   |   |
| 50 |   |   | Max | Min | — Avg |   |   | Max | Min | — Avg |   |   |   |
| 51 |   |   |   |   |   |   |   |   |   |   |   |   |   |
| 52 |   |   |   |   |   |   |   |   |   |   |   |   |   |

Case 3:14-cv-03041-MWB-CJW   Document 135-10   Filed 03/10/17   Page 13 of 13

LIGURIA/GRIFF 006097
CONFIDENTIAL