# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC.,<br><br>Plaintiff,<br>vs.<br>GRIFFITH LABORATORIES, INC.,<br><br>Defendant. | No. C 14-3041-MWB<br><br>**ORDER REGARDING THE DEFENDANT'S EMAIL REQUESTS FOR AN EXTENSION OF THE "THIRD EXPERT" WITNESS DEADLINES AND FOR AN ORDER REGARDING THE SEAVEY AND SINGH DEPOSITIONS and PLAINTIFF'S MOTION TO BAR DEFENDANT'S "THIRD EXPERT" WITNESS** |

_____

This case is before me on the April 5, 2017, email requests by defendant Griffith for an extension of the deadline for Griffith's Rule 26 Additional Expert Report and associated deadlines and for a "disclosable" order regarding depositions of Stan Seavey and Prem Singh. I indicated in a responsive email to all counsel that the requests were reasonable and were granted, with this order to follow. I also indicated that I had not waited for a response, because I am going out of town. Shortly after I sent my responsive email, plaintiff Liguria filed its Motion To Bar Griffith Laboratories' "Third Expert" Witness, addressing some of the same issues.

It is ordered as follows:

1. Defendant Griffith's request for an extension of the deadline for Griffith's Rule 26 Additional Expert Report and associated deadlines is **granted**, as follows:

    a. Griffith shall have until **Monday, April 10, 2017,** to provide Dr. Keener's Rule 26 Report and until **April 14, 2017,** to present Dr. Keener for deposition.

    b. Liguria shall have until **April 24, 2017,** to provide any rebuttal expert and report.

    c. The parties are directed to arrange a deposition for Liguria's rebuttal expert the week of April 24, 2017, or a weekend during trial, if they determine that such a deposition is necessary.

2. Because I have already concluded that Griffith's requested extension and proposed deadlines are reasonable, plaintiff Liguria's April 5, 2017, Motion To Bar Griffith Laboratories' "Third Expert" Witness (docket no. 150) is **denied.**

3. As noted in previous orders of the Court, Griffith has leave to issue subpoenas to Stan Seavey and/or Prem Singh for purposes of taking their depositions pursuant to the Federal Rules of Civil Procedure at any time prior to trial in this matter commencing May 1, 2017.

**IT IS SO ORDERED.**

**DATED** this 5th day of April, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA