# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

LIGURIA FOODS, INC.,

        Plaintiff,

vs.

GRIFFITH LABORATORIES, INC.,

        Defendant.

No. C 14-3041-MWB

**ORDER REGARDING RESUBMISSION OF PROPOSED FINAL PRETRIAL ORDER AND OTHER PRETRIAL MATTERS**

_____

This case is set for a jury trial beginning May 1, 2017. As indicated at the Final Pretrial Conference on April 17, 2017, the parties must resubmit a complete Proposed Final Pretrial Order with revised exhibit lists **not later than 12:00 p.m. on Friday, April 28, 2017.** Also, **not later than 12:00 p.m. on Friday, April 28, 2017,** the parties shall notify me of their preference on whether to hold a shortened trial day or no trial proceedings on Friday, May 5, 2017.

    **IT IS SO ORDERED**.

    **DATED** this 20th day of April, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA