IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LIGURIA FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. C14-3041-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| GRIFFITH LABORATORIES, INC., | ) | ON JURY VERDICT |
| | ) | |
| Defendant. | ) | |

JURY VERDICT: This action came before the Court for a Trial by Jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

Plaintiff, Liguria Foods, Inc., take nothing from Defendant, Griffith Laboratories, Inc.

Dated: 5.12.17

Robert L. Phelps
Clerk

/s/ des
(By) Deputy Clerk

**APPROVED BY:**

Mark W. Bennett
**MARK W. BENNETT**
**U.S. DISTRICT COURT JUDGE**