IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOORS, INC., <br><br> Plaintiff, <br> vs. <br> GRIFFITH LABORATORIES, INC., <br><br> Defendant. | No. C14-3041-MWB <br><br> **ORDER REGARDING PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL AND FOR EXTENSION OF TIME TO FILE TRIAL EXHIBITS** |

_____

This case is before me on plaintiff Liguria Foods, Inc.'s Motion for Leave to File Under Seal Certain Admitted Trial Exhibits Containing Confidential Financial and Customer Information and for Extension Until May 19, 2017, to File All Admitted Trial Exhibits (docket no. 183). In its motion, Liguria seek to file some of their admitted trial exhibits under seal because the exhibits contain confidential information subject to a protective order. Liguria further requests a short extension of time in which to file its trial exhibits. Liguria states that defendant Griffith Laboratories, Inc. does not resist its motion. Liguria's motion is granted. Liguria is granted permission to file under seal those trial exhibits contain confidential information subject to a protective order. Liguria's request for an extension of time is also granted. Liguria shall file its trial exhibits on or before May 19, 2017.

**IT IS SO ORDERED**.
**DATED** this 18th day of May, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA