# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., <br><br> Plaintiff, <br> vs. <br><br> GRIFFITH LABORATORIES, INC., <br><br> Defendant. | No. C 14-3041-MWB <br><br> **ORDER REGARDING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE POST-TRIAL MOTION** |

_____

This case is before me on plaintiff Liguria's June 9, 2017, Unopposed Motion To Extend The Deadline To File Its Post-Trial Motion (docket no. 200). Liguria requests an extension to and including June 19, 2017, to file the motion in question to facilitate the parties' attempts to resolve various post-trial issues. Liguria represents that defendant Griffith has no objection to the extension of the deadline. I find good cause to extend the deadline as requested.

THEREFORE, plaintiff Liguria's June 9, 2017, Unopposed Motion To Extend The Deadline To File Its Post-Trial Motion (docket no. 200) is **granted**. Liguria shall have **to and including June 19, 2017,** to file its post-trial motion.

**IT IS SO ORDERED**.

**DATED** this 12th day of June, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA