IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., <br><br> Plaintiff, <br> vs. <br> GRIFFITH LABORATORIES, INC., <br><br> Defendant. | No. C 14-3041-MWB <br><br> ORDER FOR POST-TRIAL STATUS REPORTS |

By Order (docket no. 201), filed June 12, 2017, I granted Liguria's request for an extension to and including June 19, 2017, to file its post-trial motion to facilitate the parties' attempts "to resolve post-trial issues, including post-trial motions and bill of costs." Liguria's June 9, 2017, Motion To Extend Deadline To File Its Post-Trial Motion (docket no. 200). Liguria did not thereafter file any post-trial motion, nor did Griffith file a reply in support of its May 26, 2017, post-trial Petition For Costs And Fees Pursuant To The Court's March 20, 2017, Order (docket no. 198). I am uncertain whether the parties' discussion of post-trial issues included an attempt to resolve the issues raised in Griffith's May 26, 2017, post-trial Petition and whether the parties did, in fact, resolve issues related to the bill of costs.

THEREFORE, **not later than July 27, 2017,** the parties shall file status reports indicating what, if any, post-trial issues remain for the court to resolve.

**IT IS SO ORDERED**.

**DATED** this 20th day of July, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA