# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., <br><br> Plaintiff, <br> vs. <br> GRIFFITH LABORATORIES, INC., <br><br> Defendant. | No. C 14-3041-MWB <br><br> **ORDER SETTING TELEPHONIC HEARING ON GRIFFITH'S PETITION FOR COSTS AND FEES AND BILL OF COSTS** |

_____

A **telephonic hearing** on Griffith's May 26, 2017, Petition For Costs and Fees Pursuant To The Court's March 20, 2017, Order (docket no. 198) and Griffith's May 26, 2017, Bill Of Costs (docket no. 197) **is scheduled for Tuesday, August 15, 2017, at 3:30 p.m.** The court will initiate the conference call. My Judicial Assistant will provide information about participation in the conference call prior to the hearing.

**IT IS SO ORDERED**.

**DATED** this 25th day of July, 2017.

*/s/ Mark W. Bennett*
_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA