# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., <br><br> Plaintiff, <br> vs. <br><br> GRIFFITH LABORATORIES, INC., <br><br> Defendant. | No. C 14-3041-MWB <br><br> **ORDER *RESETTING* TELEPHONIC HEARING ON GRIFFITH'S PETITION FOR COSTS AND FEES AND BILL OF COSTS** |

_____

For the convenience of counsel, the **telephonic hearing** on Griffith's May 26, 2017, Petition For Costs and Fees Pursuant To The Court's March 20, 2017, Order (docket no. 198) and Griffith's May 26, 2017, Bill Of Costs (docket no. 197), previously set for August 15, 2017, **is rescheduled for Thursday, August 24, 2017, at 3:30 p.m.** The court will still initiate the conference call. My Judicial Assistant will provide information about participation in the conference call prior to the hearing.

**IT IS SO ORDERED**.

**DATED** this 25th day of July, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA