# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| LIGURIA FOODS, INC., Plaintiff(s) vs. GRIFFITH LABS., INC., Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: C 14-3041-MWB<br>Presiding Judge: MARK W. BENNETT<br>Deputy Clerk: Roger Mastalir<br>Court Reporter: Shelly Semmler   Contract? No<br>(If yes, send copy to financial)<br>Recording: Yes   Method: FTR Gold |

| Date: 08/24/17 | Start: 3:30 p.m. | Adjourn: 3:38 p.m. | Courtroom: 3rd Floor, Sioux City |
|---|---|---|---|
| Recesses: n/a | | Time in Chambers: None | Telephonic? Yes |
| Appearances: | Plaintiff(s): David Ben-Dov, Richard Del Giudice, Jay Denne | | |
| | Defendant(s): Chris Wilson, Jonathan Buck | | |
| | U.S. Probation: n/a | | |
| | Interpreter: n/a | Language: | Certified:   Phone |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? Yes | Continued from a previous date? No |
|---|---|---|---|
| **MOTION:** | A. Plaintiff's Bill of Costs | | # 197 |
| | Ruling: Reserved | | Order to follow? Yes |
| | B. Plaintiff's for Attorney Fees and Costs | | # 198 |
| | Ruling  Reserved | | Order to follow? Yes |
| | Court confirms that parties have reached a stipulation to resolve these matters.   Parties agree that the court can enter a text order that these matters are moot. | | |
| | **Witness/Exhibit List is**   n/a | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.   Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7. | | |
| | **Miscellaneous:** | | |